**DISMISS; and Opinion Filed October 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01372-CR
No. 05-14-01373-CR

**LADARIUS DEWAYNE BASCOM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-75292-T, F14-75299-T**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Brown
Opinion by Justice Lang-Miers

Ladarius Dewayne Bascom pleaded guilty to two offenses of aggravated robbery with a deadly weapon. Pursuant to plea agreements, the trial court sentenced appellant to eight years' imprisonment on each case. Appellant waived his right to appeal as part of the plea agreements. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that the cases involved plea bargains and appellant has no right to appeal and that appellant waived his right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeals for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

141372F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LADARIUS DEWAYNE BASCOM,
Appellant

No. 05-14-01372-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-75292-T.
Opinion delivered by Justice Lang-Miers,
Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 30th day of October, 2014.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LADARIUS DEWAYNE BASCOM,
Appellant

No. 05-14-01373-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-75299-T.
Opinion delivered by Justice Lang-Miers,
Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 30th day of October, 2014.